## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Neisa Ortega; and N.Z. by her next friend Neisa Ortega, <br><br> Plaintiffs, <br><br> v. <br><br> United States Customs and Border Protection; CBP Officers Doe 1–13; Supervisory CBP Officers Doe 1–3; CBP Commissioner Troy A. Miller, in his official capacity; United States Department of Homeland Security; DHS Secretary Alejandro Mayorkas, in his official capacity; and the United States of America, <br><br> Defendants. | Civil Action No. 1:21-cv-11250 |

### NOTICE OF APPEARANCE OF COUNSEL

I, Arielle Sharma, herein respectfully requests this court note my appearance as counsel for **plaintiffs** Neisa Ortega, and N.Z. by her next friend Neisa Ortega in the above entitled action. I certify I am admitted to practice in this court and in good standing.

/s/   Arielle Sharma
Arielle Sharma, Esq. (BBO #695980)
Lawyers for Civil Rights
61 Batterymarch St., 5th fl.
Boston, MA 02110
asharma@lawyersforcivilrights.org
Phone: 774 314 9639