IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Neisa Ortega; and N.Z. by her next friend Neisa Ortega,<br><br>     Plaintiffs,<br><br>     v.<br><br>United States Customs and Border Protection; CBP Officers Doe 1–13; Supervisory CBP Officers Doe 1–3; CBP Commissioner Troy A. Miller, in his official capacity; United States Department of Homeland Security; DHS Secretary Alejandro Mayorkas, in his official capacity; and the United States of America,<br><br>     Defendants. | Civil Action No. 1:21-cv-11250-FDS |

AFFIDAVIT OF SERVICE

In accordance with Federal Rules of Civil Procedure 4(l)(1), I, Arielle Sharma, hereby state and affirm that I effected service under Federal Rule of Civil Procedure 4(i)(2) as follows:

1. On August 3, 2021, I sent a copy of all Summonses and Complaint for the above-captioned matter, attached hereto as Exhibit A, by certified mail to each of the Defendants including individuals sued in their official capacity, and the United States Attorney General at the following addresses:

   a. Alejandro Mayorkas, in his official capacity, Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave, SE, Washington, DC 20528-0485

   b. U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr. Ave, SE, Washington, DC 20528-0485

   c. U.S. Customs and Border Protection, 1300 Pennsylvania Avenue, Suite 4.4-B Washington, D.C. 20229

   d. CBP Officers Doe 1-13, U.S. Customs and Border Protection, 1300 Pennsylvania Avenue, Suite 4.4-B, Washington, D.C. 20229

   e. Supervisory CBP Officers Doe 1-3, U.S. Customs and Border Protection, 1300 Pennsylvania Avenue, Suite 4.4-B, Washington, D.C. 20229

   f. Troy Miller, in his official capacity, U.S. Customs and Border Protection, 1300 Pennsylvania Avenue, Suite 4.4-B, Washington, D.C. 2022

   g. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001

2. On August 4, 2021, I sent copies of all Summonses and Complaint (Exhibit A) for the above-captioned matter to the Assistant United States Attorney's Office for the District of Massachusetts at the following address:

   a. John Joseph Moakley United States Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210

3. All documents were sent certified mail, return receipt requested. As of this filing, return receipts have been received from two (2) of the mailings (Exhibit B).

4. Proof of delivery per the United States Postal Service Tracking service is attached as Exhibit C. Tracking numbers correspond to recipients as follows:

   a. Department of Homeland Security (defendants Mayorkas and U.S. Department of Homeland Security): 70210350000009969258; 70210350000009969265

   b. U.S. Customs and Border Protection (CBP) (defendants CBP Supervisory Officers Doe 1-3; Miller, CBP, CBP Officers Doe 1-13): 70210350000009969272; 70210350000009969296; 70210350000009969289; 70210350000009969227

   c. Attorney General, U.S. Department of Justice (Defendant United States, and notice): 70210350000009969234

   d. Assistant United States Attorney's Office for District of Massachusetts (notice): 70210350000009969326

I swear and affirm the foregoing upon best information and belief, under the pains and penalties of perjury this 3rd day of September, 2021.

*[signature]*

Arielle Sharma