## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEISA ORTEGA; and N.Z. *by her next friend, Neisa Ortega,*<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; CBP OFFICERS DOE 1-13; SUPERVISORY CBP OFFICERS DOE 1-3; CBP COMMISSIONER TROY A. MILLER[1], *in his official capacity;* UNITED STATES DEPARTMENT OF HOMELAND SECURITY; DHS SECRETARY ALEJANDRO MAYORKAS, *in his official capacity;* and the UNITED STATES OF AMERICA,<br><br>          Defendants. | Civil Action No. 21-11250-FDS |

## PARTIES' PROPOSED SCHEDULING ORDER

Pursuant to Local Rule 16.1, the parties in the above-captioned action hereby submit this

Joint Statement.

## I.    CASE MANAGEMENT:  DISCOVERY AND MOTION PRACTICE

**A.    Initial Disclosures.**  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) shall be made by February 18, 2022.

**B.    Amendments to Pleadings.**  Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after June 1, 2022.

---

[1] Chris Magnus is Commissioner for U.S. Customs and Border Protection and should be automatically substituted as a defendant in place of former Commissioner Miller, pursuant to Fed. R. Civ. P. 25(d).

**C.**  **Fact Discovery – Interim Deadlines.**

    **1.**  Initial written discovery requests (requests for production of documents, interrogatories and request for admissions) shall be served no later than May 16, 2022.

    **2.**  All depositions, other than expert depositions, must be completed by November 30, 2022.

**D.**  **Fact Discovery – Final Deadline.**  All discovery, other than expert discovery, must be completed by December 16, 2022.

**E.**  **Fact Discovery Motions.**

    **1.**  **Plaintiff's proposal.**  All fact discovery motions will be filed no later than January 13, 2023.

    **2.**  **Defendants' proposal.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions will be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant.

**F.**  **Expert Discovery.**

    **1.**  Plaintiffs' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by November 1, 2022.

    **2.**  Plaintiffs' trial experts must be deposed by January 16, 2023.

    **3.**  Defendants' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by December 16, 2022.

    **4.**  Defendants' trial experts must be deposed by February 28, 2023.

**G.**  **Expert Discovery Motions.**

    **1.**  **Plaintiff's Proposal.**  All expert discovery related motions will be filed no later than March 10, 2023.

    **2.**    **Defendants' Proposal.**  Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions will be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant.

**H.**    **Dispositive Motions.**

    **1.**    Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings must be filed by April 28, 2023.

    **2.**    Oppositions to dispositive motions must be filed within 30 days after service of the motion.

## II.    SETTLEMENT

Plaintiffs will provide a written settlement proposal to Defendants no later than 14 days before the date for the Scheduling Conference.

## III.    TRIAL BY MAGISTRATE JUDGE

At this time, the parties do not consent to trial by Magistrate Judge.

## IV.    CERTIFICATIONS

The parties and their counsel shall file at or before the Scheduling Conference their Local Rule 16.1(D)(3) certifications.

## V.    OTHER MATTERS

**A.**    **Discovery limits.**  Plaintiffs anticipate that they may require more than 10 depositions of fact witnesses, particularly in light of the fact that there are 13 Doe defendants being sued in their individual capacities. If Plaintiffs believe that they will exceed the limits on the number of depositions allowed by the local rules they will attempt to reach an agreement with Defendants.  At this time, Defendants oppose expanding the number of depositions beyond that afforded by the Federal Rules of Civil Procedure.

Respectfully submitted,

By: /s/ Reena Parikh
Reena Parikh (BBO# 706891)
Boston College Legal Services LAB
Civil Rights Clinic
885 Centre St.
Newton Centre, MA 02459
(617) 552-0248
parikhre@bc.edu

Oren Sellstrom, Esq. (BBO #569045)
Lawyers for Civil Rights
61 Batterymarch St.
Boston, MA 02110
(617) 988-0608
*Counsel for Plaintiffs*

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY


By: /s/ Eve A. Piemonte
Eve A. Piemonte (BBO #628883)
Assistant United States Attorney
United States Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3369
Eve.Piemonte@usdoj.gov

*Counsel for Defendants United States, DHS,*
*CBP, and CBP Commissioner Troy A. Miller,*
*DHS Secretary Alejandro Mayorkas*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on February 7, 2022, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing at this time. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: February 7, 2022

/s/ Reena Parikh
Reena Parikh, Esq. (BBO# 706891)
Boston College Legal Services LAB
Civil Rights Clinic
885 Centre St.
Newton Centre, MA 02459
(617) 552-0248
parikhre@bc.edu