UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Neisa Ortega; and N.Z. by her next friend Neisa Ortega,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>United States Customs and Border Protection; CBP Officers Doe 1–13; Supervisory CBP Officers Doe 1–3; CBP Commissioner Troy A. Miller, in his official capacity; United States Department of Homeland Security; DHS Secretary Alejandro Mayorkas, in his official capacity; and the United States of America,<br>　　　　Defendants. | Civil Action No. 1:21-cv-11250-FDS |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO APPEAR AS SUPERVISED LAW STUDENTS

Plaintiffs, through their attorney, move this court pursuant to Local Rule 83.5.4 of the Local Rules of the United States District Court for the District of Massachusetts to grant Jessica Bielonko, Laura Caro Ruiz, Zachary Lee, and Noah Yurek leave to appear as supervised law students in the above-captioned matter. Plaintiffs' counsel certifies that she has conferred with Defendants' counsel concerning this motion in accordance with Local Rule 7.1(a)(2), who indicated that Defendants have no objection to this motion.

Law students Bielonko, Caro Ruiz, Lee, and Yurek are currently enrolled in a law school clinical instruction program and meet all of the academic and character requirements pursuant to Local Rule 83.5.4(b). They also meet the qualifications to represent indigent clients in a civil proceeding per L.R. 83.5.4(d)(3). Additionally, the aforementioned students are supervised by attorney Reena Parikh, a member of the District of Massachusetts bar who is employed by a law

school clinical instruction program. *Id.* 83.5.4(d)(3)(B). Plaintiffs have consented to the law students' representation pursuant to Local Rule 83.5.4(g). Moreover, the aforementioned students are not receiving any compensation for their work on this matter from the Plaintiffs. *Id.* 83.5.4(h).

Plaintiffs respectfully request that the court grant this motion. This motion is supported by an accompanying memorandum of law and required certifications pursuant to Local Rule 83.5.4(c).

Dated: February 10, 2022

Respectfully submitted,

/s/ Reena Parikh
Reena Parikh (BBO# 706891)
Boston College Legal Services
LAB Civil Rights Clinic
885 Centre St.
Newton Centre, MA 02459
(617)-552-0248
parikhre@bc.edu
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2022, a copy of the foregoing motion, memorandum of law and certifications was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: February 10, 2022

/s/ Reena Parikh
Reena Parikh (BBO# 706891)
Boston College Legal Services LAB
Civil Rights Clinic
885 Centre St.
Newton Centre, MA 02459
(617) 552-0248