UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Neisa Ortega; and N.Z. by her next friend Neisa Ortega,<br>       Plaintiffs,<br><br>       v.<br><br>United States Customs and Border Protection; Larissa Sydor; Colleen Downey; Mary Davison; Jessica Croall; Kimberly Carroll; Ignacio Tauroni; CBP Officers Does 3-7, 8, 12-13; Brett Sweet; Carrie Acosta; Daniel Ouellette; CBP Commissioner Chris Magnus, in his official capacity; United States Department of Homeland Security; DHS Secretary Alejandro Mayorkas, in his official capacity; and the United States of America,<br>       Defendants. | Civil Action No. 1:21-cv-11250-FDS |

**PLAINTIFFS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN OPPOSITION TO MOTION TO DISMISS**

Plaintiffs, through their attorney, respectfully move this court pursuant to F.R.C.P. 6(b)(1)(A) to extend their deadline to submit a brief in opposition to the Defendants' Motion to Dismiss (Dkt 48), currently set for October 3, 2022, by 14 days, up to and including October 17, 2022. Pursuant to D. Mass. Local Rule 7.1, Plaintiffs' counsel conferred with Defendants' counsel about this motion and Defendants assent to this motion. This motion is made for good cause to accommodate the clinic schedule of the supervised law student interns who have been

granted leave to appear in this matter (Dkt 45) and are working on Plaintiffs' brief under the supervision of undersigned counsel in the Boston College Legal Services LAB clinic.

Dated: September 27, 2022                                   Respectfully submitted,

/s/ Reena Parikh
Reena Parikh (BBO# 706891)
Boston College Legal Services LAB
Civil Rights Clinic
885 Centre St.
Newton Centre, MA 02459
(617)-552-0248
parikhre@bc.edu
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

 I hereby certify that, on September 27, 2022, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: September 27, 2022

/s/ Reena Parikh
Reena Parikh, Esq. (BBO# 706891)
Boston College Legal Services LAB
Civil Rights Clinic
885 Centre St.
Newton Centre, MA 02459
(617) 552-0248