## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEISA ORTEGA; and N.Z. *by her next friend, Neisa Ortega,*<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; LARISSA SYDOR; COLLEEN DOWNEY; MARY DAVISON; JESSICA CROALL; KIMBERLY CARROLL; IGNACIO TAURONI; CBP OFFICERS DOE 3-7, 8, 12-13; BRETT SWEET; CARRIE ACOSTA; DANIEL OUELLETTE; ACTING CBP COMMISSIONER TROY MILLER[1], *in his official capacity;* UNITED STATES DEPARTMENT OF HOMELAND SECURITY; DHS SECRETARY ALEJANDRO MAYORKAS, *in his official capacity;* and the UNITED STATES OF AMERICA,<br><br>          Defendants. | Civil Action No. 21-11250-FDS |

## DEFENDANT DANIEL OUELLETTE'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT

Defendant Daniel Ouellette hereby answers the numbered paragraphs of Plaintiffs' Amended Complaint (Complaint) as follows:

### INTRODUCTION

The allegations contained in the introductory paragraph of the Complaint consist of Plaintiffs' characterization of their action and conclusions of law to which no response is

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Acting Commissioner Troy Miller is automatically substituted as a defendant in place of former Commissioner Magnus.

required.  To the extent the introductory paragraph is deemed to set forth factual allegations requiring a response, such allegations are denied.

## JURISDICTION AND VENUE

1.      The allegations contained in paragraph 1 of the Complaint state a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

2.      The allegations contained in paragraph 2 of the Complaint state a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

3.      The allegations contained in paragraph 3 of the Complaint state a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

4.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint, and therefore denies them.

5.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint, and therefore denies them.

6.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint, and therefore denies them.

7.      The allegations contained in paragraph 7 of the Complaint state a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

## PARTIES

### *Plaintiffs*

8.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint, and therefore denies them.

9.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint, and therefore denies them.

### *Defendants*

10.      Defendant admits that CBP's mission, in part, is to protect the American people, and safeguard the country's borders.  Defendant denies the remaining allegations contained in paragraph 10 of the Complaint.

11.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint, and therefore denies them.

12.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint, and therefore denies them.

13.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint, and therefore denies them.

14.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint, and therefore denies them.

15.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint, and therefore denies them.

16.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint, and therefore denies them.

17.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint, and therefore denies them.

18.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint, and therefore denies them.

19.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint, and therefore denies them.

20.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint, and therefore denies them.

21.     Defendant admits that he was working at Boston Logan International Airport (Logan Airport) on August 20, 2020.  Defendant denies the remaining allegations contained in paragraph 21 of the Complaint.

22.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint, and therefore denies them.

23.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint, and therefore denies them.

24.     Defendant denies Chris Magnus is Commissioner of Customs and Border Protection.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 24 of the Complaint, and therefore denies them.

25.     Defendant admits that CBP is a component of DHS.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 25 of the Complaint, and therefore denies them.

26.     Defendant admits that Alejandro Mayorkas is Secretary of DHS.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 26 of the Complaint, and therefore denies them.

27.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint, and therefore denies them.

## FACTUAL ALLEGATIONS

28.     Admitted.

29.     Defendant admits that CBP's mission, in part, is to keep terrorists and weapons out of the United States, and to secure and facilitate trade and travel while enforcing hundreds of U.S. regulations, including immigration and drug laws.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 29 of the Complaint, and therefore denies them.

### CBP National Standards on Transport, Escort, Detention, and Search (TEDS)

30.     Defendant states that the TEDS policy document speaks for itself.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 30 of the Complaint, and therefore denies them.

31.     Defendant admits that in addition to transport, escort, detention and search provisions, TEDS also includes best practices related to sexual abuse and assault prevention and response; care of at-risk individuals in custody; and personal property.  Answering further, Defendant states that the TEDS policy document speaks for itself.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 31 of the Complaint, and therefore denies them.

32.     Defendant admits that TEDS General Standard 1.2 includes a provision that CBP employees must speak and act with the utmost integrity and professionalism.  Answering further, Defendant states that the TEDS policy document speaks for itself.

33.     Defendant admits that under TEDS General Standard 1.3, CBP has a zero-tolerance policy prohibiting all forms of sexual abuse of individuals in CBP custody, including in detention facilities, during transport, and during processing.  Answering further, Defendant states that the TEDS policy document speaks for itself.

34.     Defendant admits that TEDS General Standard 1.4 includes a provision that CBP employees treat all individuals with dignity and respect, and perform their duties in a non-discriminatory manner, with respect to all forms of protected status under federal law, regulation, Executive Order, or policy, with full respect for individual rights including equal protection under the law, due process, freedom of speech, and religion, freedom from excessive force, and freedom from unreasonable searches and seizures.  Answering further, Defendant states that the TEDS policy document speaks for itself.

35.     Defendant admits that TEDS General Standard 1.7 includes a provision that all instructions and relevant information must be communicated to a detainee in a language or manner the detainee can comprehend.  Answering further, Defendant states that the TEDS policy document speaks for itself.

36.     Defendant admits that under TEDS General Standard 1.9, CBP will maintain family unity to the greatest extent operationally feasible, absent a legal requirement or an articulable safety or security concern that requires separation.  Answering further, Defendant states that the TEDS policy document speaks for itself.  Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 36 of the Complaint, and therefore denies them.

37.     Defendant admits that the TEDS search standard set forth at Section 3.1 requires that all searches be conducted under the appropriate legal authority and standards.  Defendant admits that Section 3.1 further requires that officers/agents be diligent in their efforts to protect a detainee's legal rights and treat detainees with respect, dignity, and an appropriate level of privacy.  Answering further, Defendants state that the TEDS policy document speaks for itself.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 37 of the Complaint, and therefore denies them.

38.     Defendant admits that the TEDS search standard set forth at Section 3.3 requires that CBP officers communicate all search instructions to the detainee in a language and manner the detainee can comprehend, and that CBP officers explain the search process, in general terms, as the search progresses.  Answering further, Defendant states that TEDS Section 3.3 provides that for safety reasons, an explanation of an immediate pat-down for weapons or dangerous objects may be conducted after the search.  Defendant further states that the TEDS policy document speaks for itself.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 38 of the Complaint, and therefore denies them.

39.     Defendant admits that the first sentence of paragraph 39 of Plaintiffs' Complaint sets forth a general provision defining a strip search as set forth in TEDS Section 3.7.  Defendant further admits that the second sentence of paragraph 39 articulates a portion of TEDS Section 3.7 relating to an officer's or agent's strip search conduct.  Answering further, Defendant states that the TEDS policy document speaks for itself.   Defendant lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 39 of the Complaint, and therefore denies them.

40.     Defendant admits that the first sentence of paragraph 40 of the Complaint states a general provision defining a body cavity search as set forth in TEDS Section 3.8.  Defendant further admits that the second sentence of paragraph 40 articulates a portion of TEDS Section 3.8 relating to medical practitioner and medical facility requirements.  Defendant admits that the third sentence of paragraph 40 articulates a portion of TEDS Section 3.8 entitled "Supervisory Approval for Body Cavity Searches."  Answering further, Defendant states that the TEDS policy document speaks for itself.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 40 of the Complaint, and therefore denies them.

41.     Defendant admits that paragraph 41 of the Complaint references a subsection within TEDS Section 3.8 entitled "Prohibition on Observation."  Answering further, Defendant states that the TEDS policy document speaks for itself.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 41 of the Complaint, and therefore denies them.

42.     Defendant admits that TEDS Section 5.1, defining at-risk populations, states that individuals in the custody of CBP who may require additional care or oversight includes juveniles.  Answering further, Defendant states that the TEDS policy document speaks for itself. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 42 of the Complaint, and therefore denies them.

43.     Defendant admits that paragraph 43 of the Complaint sets forth a portion of TEDS Section 5.6, governing detention, which provides that, generally, family units with juveniles

should not be separated, and requires officers/agents to follow legal requirements and their operational office's policies and procedures.  Answering further, Defendant states that the TEDS policy document speaks for itself.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 43 of the Complaint, and therefore denies them.

44.     Defendant admits that paragraph 44 of the Complaint states the definitions of "detainee" and "juvenile" as set forth in TEDS Section 8.0.  Answering further, Defendant states that the TEDS policy document speaks for itself.

45.     Defendant admits that TEDS Section 8.0 includes a definition of sexual abuse of a detainee by a staff member, contractor or volunteer.  Answering further, Defendant states that the TEDS policy document speaks for itself.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 45 of the Complaint, and therefore denies them.

### Neisa Ortega – Incident One:  April 27, 2019

46.-102.     The allegations contained in paragraphs 46-102 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 46-102 of the Complaint, and therefore denies them.

### Neisa Ortega – Incident Two:  September 8, 2019

103.-117.     The allegations contained in paragraphs 103-117 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraphs 103-117 of the Complaint, and therefore denies them.

**Neisa Ortega – Incident Three:  March 16, 2020**

118.-123.     The allegations contained in paragraphs 118-123 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 118-123 of the Complaint, and therefore denies them.

**Neisa Ortega – Incident Four:  August 20, 2020**

124.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the Complaint, and therefore denies them.

125.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of the Complaint, and therefore denies them.

126.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 126 of the Complaint, and therefore denies them.

127.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 127 of the Complaint, and therefore denies them.

128.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 128 of the Complaint, and therefore denies them.

129.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 129 of the Complaint, and therefore denies them.

130.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 130 of the Complaint, and therefore denies them.

131.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 131 of the Complaint, and therefore denies them.

132.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 132 of the Complaint, and therefore denies them.

133.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 133 of the Complaint, and therefore denies them.

134.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 134 of the Complaint, and therefore denies them.

135.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 135 of the Complaint, and therefore denies them.

136.     Denied.

137.     Denied.

138.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 138 of the Complaint, and therefore denies them.

139.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 139 of the Complaint, and therefore denies them.

140.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 140 of the Complaint, and therefore denies them.

141.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 141 of the Complaint, and therefore denies them.

142.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 142 of the Complaint, and therefore denies them.

143.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 143 of the Complaint, and therefore denies them.

144.     Denied.

145.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 145 of the Complaint, and therefore denies them.

146.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 146 of the Complaint, and therefore denies them.

147.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 147 of the Complaint, and therefore denies them.

148.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 148 of the Complaint, and therefore denies them.

149.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 149 of the Complaint, and therefore denies them.

150.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 150 of the Complaint, and therefore denies them.

151.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 151 of the Complaint, and therefore denies them.

152.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 152 of the Complaint, and therefore denies them.

153.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 153 of the Complaint, and therefore denies them.

154.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 154 of the Complaint, and therefore denies them.

155.     Denied.

156.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 156 of the Complaint, and therefore denies them.

157.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 157 of the Complaint, and therefore denies them.

158.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 158 of the Complaint, and therefore denies them.

159.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 159 of the Complaint, and therefore denies them.

160.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 160 of the Complaint, and therefore denies them.

161.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 161 of the Complaint, and therefore denies them.

162.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 162 of the Complaint, and therefore denies them.

163.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 163 of the Complaint, and therefore denies them.

164.     Denied.

165.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 165 of the Complaint, and therefore denies them.

166.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 166 of the Complaint, and therefore denies them.

167.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 167 of the Complaint, and therefore denies them.

168.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 168 of the Complaint, and therefore denies them.

169.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 169 of the Complaint, and therefore denies them.

170.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 170 of the Complaint, and therefore denies them.

171.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 171 of the Complaint, and therefore denies them.

172.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 172 of the Complaint, and therefore denies them.

173.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 173 of the Complaint, and therefore denies them.

174.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 174 of the Complaint, and therefore denies them.

**Neisa Ortega – Life After the Incidents**

175.    Defendant denies causing Ms. Ortega trauma and physical and emotional distress. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 175 of the Complaint, and therefore denies them.

176.    Defendant denies causing Ms. Ortega trauma and physical and emotional distress. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 176 of the Complaint, and therefore denies them.

14

177.    Defendant denies causing Ms. Ortega trauma and physical and emotional distress. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 177 of the Complaint, and therefore denies them.

178.    Denied.

179.    Denied.

180.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 180 of the Complaint, and therefore denies them.

181.    Defendant denies causing Ms. Ortega stress, depression, and hair loss.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 181 of the Complaint, and therefore denies them.

182.    Denied.

183.    Defendant denies abusing Ms. Ortega.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 183 of the Complaint, and therefore denies them.

184.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 184 of the Complaint, and therefore denies them.

185.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 185 of the Complaint, and therefore denies them.

186.    Denied.

187.    Defendant denies treating Ms. Ortega's body like an object.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 187 of the Complaint, and therefore denies them.

188.    Defendant denies causing Ms. Ortega to suffer isolation, and denies abusing Ms. Ortega or any of her traveling companions, including N.Z.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 188 of the Complaint, and therefore denies them.

### N.Z. – Incident One:  April 27, 2019

189.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 189 of the Complaint, and therefore denies them.

190.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 190 of the Complaint, and therefore denies them.

191.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 191 of the Complaint, and therefore denies them.

192.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 192 of the Complaint, and therefore denies them.

193.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 193 of the Complaint, and therefore denies them.

194.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 194 of the Complaint, and therefore denies them.

195.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 195 of the Complaint, and therefore denies them.

196.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 196 of the Complaint, and therefore denies them.

197.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 197 of the Complaint, and therefore denies them.

198.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 198 of the Complaint, and therefore denies them.

199.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 199 of the Complaint, and therefore denies them.

200.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 200 of the Complaint, and therefore denies them.

201.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 201 of the Complaint, and therefore denies them.

202.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 202 of the Complaint, and therefore denies them.

203.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 203 of the Complaint, and therefore denies them.

204.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 204 of the Complaint, and therefore denies them.

205.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 205 of the Complaint, and therefore denies them.

206.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 206 of the Complaint, and therefore denies them.

**N.Z. – Incident Two:  August 20, 2020**

207.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 207 of the Complaint, and therefore denies them.

208.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 208 of the Complaint, and therefore denies them.

209.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 209 of the Complaint, and therefore denies them.

210.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 210 of the Complaint, and therefore denies them.

211.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 211 of the Complaint, and therefore denies them.

212.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 212 of the Complaint, and therefore denies them.

213.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 213 of the Complaint, and therefore denies them.

214.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 214 of the Complaint, and therefore denies them.

215.    Defendant denies causing Ms. Ortega injury or trauma.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 215 of the Complaint, and therefore denies them.

216.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 216 of the Complaint, and therefore denies them.

217.    Defendant denies causing Ms. Ortega injury or trauma.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 217 of the Complaint, and therefore denies them.

218.    Denied.

219. Defendant denies causing Plaintiffs injury or trauma. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 219 of the Complaint, and therefore denies them.

220. Denied.

221. Denied.

**Plaintiffs Neisa Ortega and N.Z.**
*Exhaustion of Administrative Remedies*

222.-227. The allegations contained in paragraphs 222-227 of the Complaint are not directed against Defendant and therefore a response is not required. To the extent a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 222-227 of the Complaint, and therefore denies them.

## CAUSES OF ACTION

### COUNT 1

228. Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 227 of the Complaint above, as though fully set forth herein.

229.-230. Defendant denies the allegations contained in paragraphs 229 through 230 of the Complaint. Answering further, Defendant states that Count 1 of the Complaint against Defendant has been dismissed insofar as it seeks money damages. (ECF No. 77).

### COUNT 2

231. Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 230 of the Complaint above, as though fully set forth herein.

232.-233.      Defendant denies the allegations contained in paragraphs 232 through 233 of the Complaint.  Answering further, Defendant states that Count 2 of the Complaint against Defendant has been dismissed insofar as it seeks money damages.  (ECF No. 77).

## COUNT 3

234.      Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 233 of the Complaint above, as though fully set forth herein.  Defendant denies the remaining allegations contained in paragraph 234 of the Complaint.

235.      Defendant denies the allegations contained in paragraph 235 of the Complaint. Answering further, Defendant states that Count 3 of the Complaint against Defendant has been dismissed insofar as it seeks money damages.  (ECF No. 77).

## COUNT 4

236.      Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 235 of the Complaint above, as though fully set forth herein.

237.-238.      Defendant denies the allegations contained in paragraphs 237 through 238 of the Complaint.  Answering further, Defendant states that Count 4 of the Complaint against Defendant has been dismissed insofar as it seeks money damages.  (ECF No. 77).

## COUNT 5

239.      Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 238 of the Complaint above, as though fully set forth herein.

240.-241.      Defendant denies the allegations contained in paragraphs 240 through 241 of the Complaint.  Answering further, Defendant states that Count 5 of the Complaint against Defendant has been dismissed insofar as it seeks money damages.  (ECF No. 77).

**COUNT 6**

242.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 241 of the Complaint above, as though fully set forth herein.

243.    Defendant denies the allegations contained in paragraph 243 of the Complaint. Answering further, Defendant states that Count 6 of the Complaint against Defendant has been dismissed insofar as it seeks money damages.  (ECF No. 77).

**COUNT 7**

244.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 243 of the Complaint above, as though fully set forth herein.

245.    Defendant denies the allegations contained in paragraph 245 of the Complaint. Answering further, Defendant states that Count 7 of the Complaint against Defendant has been dismissed insofar as it seeks money damages.  (ECF No. 77).

**COUNT 8**

246.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 245 of the Complaint above, as though fully set forth herein.

247.-248.    The allegations contained in paragraphs 247 through 248 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is required, Defendant denies the allegations contained in paragraphs 247 through 248 of the Complaint.

**COUNT 9**

249.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 248 of the Complaint above, as though fully set forth herein.

250.-251.    The allegations contained in paragraphs 250 through 251 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is required, Defendant denies the allegations contained in paragraphs 250 through 251 of the Complaint.

## COUNT 10

252.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 251 of the Complaint above, as though fully set forth herein.

253.-258.    The allegations contained in paragraphs 253 through 258 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is required, Defendant denies the allegations contained in paragraphs 253 through 258 of the Complaint.

## COUNT 11

259.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 258 of the Complaint above, as though fully set forth herein.

260.-265.    The allegations contained in paragraphs 260 through 265 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is required, Defendant denies the allegations contained in paragraphs 260 through 265 of the Complaint.

## COUNT 12

266.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 265 of the Complaint above, as though fully set forth herein.

267.-273.    The allegations contained in paragraphs 267 through 273 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a

response is required, Defendant denies the allegations contained in paragraphs 267 through 273 of the Complaint.

## COUNT 13

274.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 273 of the Complaint above, as though fully set forth herein.

275.-282.    The allegations contained in paragraphs 275 through 282 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is required, Defendant denies the allegations contained in paragraphs 275 through 282 of the Complaint.

## COUNT 14

283.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 282 of the Complaint above, as though fully set forth herein.

284.-289.    The allegations contained in paragraphs 284 through 289 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is required, Defendant denies the allegations contained in paragraphs 284 through 289 of the Complaint.

## COUNT 15

290.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 289 of the Complaint above, as though fully set forth herein.

291.-299.    The allegations contained in paragraphs 291 through 299 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is required, Defendant denies the allegations contained in paragraphs 291 through 299 of the Complaint.

**COUNT 16**

300.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 299 of the Complaint above, as though fully set forth herein.

301.-311.    The allegations contained in paragraphs 301 through 311 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is required, Defendant denies the allegations contained in paragraphs 301 through 311 of the Complaint.

**COUNT 17**

312.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 311 of the Complaint above, as though fully set forth herein.

313.-317.    The allegations contained in paragraphs 313 through 317 of the Complaint are not directed against Defendant and therefore a response is not required.  Furthermore, Count 17 of the Complaint has been dismissed, and therefore a response is not required.  (ECF No. 31).

**COUNT 18**

318.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 317 of the Complaint above, as though fully set forth herein.

319.-325.    The allegations contained in paragraphs 319 through 325 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is required, Defendant denies the allegations contained in paragraphs 319 through 325 of the Complaint.

**COUNT 19**

326.    Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 325 of the Complaint above, as though fully set forth herein.

327.-333.     The allegations contained in paragraphs 327 through 333 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is required, Defendant denies the allegations contained in paragraphs 327 through 333 of the Complaint.

## COUNT 20

334.     Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 333 of the Complaint above, as though fully set forth herein.

335.-345.     The allegations contained in paragraphs 335 through 345 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is required, Defendant denies the allegations contained in paragraphs 335 through 345 of the Complaint.

## COUNT 21

346.     Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 345 of the Complaint above, as though fully set forth herein.

347.-355.     The allegations contained in paragraphs 347 through 355 of the Complaint are not directed against Defendant and therefore a response is not required.  To the extent a response is required, Defendant denies the allegations contained in paragraphs 347 through 355 of the Complaint.

## COUNT 22

356.     Defendant reiterates and incorporates by reference his responses to paragraphs 1 through 355 of the Complaint above, as though fully set forth herein.

357.-360.      The allegations contained in paragraphs 357 through 360 of the Complaint are not directed against Defendant and therefore a response is not required.  Furthermore, Count 22 of the Complaint has been dismissed, and therefore a response is not required.  (ECF No. 31).

## REQUEST FOR RELIEF

The remainder of Plaintiffs' Complaint contains Plaintiffs' prayer for relief to which no response is required.  To the extent a response is required, the allegations are denied.

Answering further, Defendant denies each and every allegation not previously admitted, denied or otherwise qualified.

## DEFENSES

1.      Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

2.      Plaintiffs' Complaint fails to state a claim against Defendant in his individual or official capacities.

3.      Alternative methods of relief are available, thus precluding Plaintiffs' Complaint against Defendant.

4.      Defendant may only be liable for his own acts, and not the acts of others.

5.      Defendant is entitled to qualified immunity.

6.      At all times relevant to the allegations contained in the Complaint, Defendant acted in accordance with the laws and the Constitution of the United States.

7.      Defendant denies that he is personally liable to Plaintiffs.

8.      To the extent Plaintiffs' Complaint seeks to bring claims against Defendant under the Federal Tort Claims Act, Defendant is an employee who cannot be sued personally under the Federal Tort Claims Act.

9.      Defendant denies that he is liable for punitive damages.

10.     Plaintiffs are not entitled to recover attorney's fees against Defendant.

11.     At all times, Defendant acted within the scope of his employment.

12.     A judgment in an action under 28 U.S.C. § 1346(b) against the United States shall constitute a complete bar to any action by Plaintiffs, by reason of the same subject matter, against Defendant.  28 U.S.C. § 2676.

13.     Plaintiffs cannot establish an injury-in-fact or the probability of a future injury, a causal connection between any purported injury-in-fact and the challenged action of Defendant, or that any purported injury would be redressed by a favorable decision.  Further, Plaintiffs cannot establish a real and immediate—as opposed to merely conjectural or hypothetical—threat of future injury.

14.     Defendant denies any allegation in the Complaint to which he has not specifically responded, above.

15.     Defendant has, or may have, additional affirmative defenses that are not now known to Defendant, but may be ascertained through discovery.  Defendant specifically preserves those and other affirmative defenses as they are so ascertained.

WHEREFORE, Defendant Daniel Ouellette respectfully requests that judgment be granted in his favor, and that the Court dismiss Plaintiffs' Complaint, and grant further relief as the Court deems just and appropriate.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney


By:     */s/ Eve A. Piemonte*
        Eve A. Piemonte
        Assistant United States Attorney
        United States Attorney's Office
        John J. Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3369
Dated: March 12, 2023      Eve.Piemonte@usdoj.gov


## CERTIFICATE OF SERVICE

I, Eve A. Piemonte, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                         */s/ Eve A. Piemonte*
                         Eve A. Piemonte
Dated: March 12, 2023    Assistant United States Attorney