UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEISA ORTEGA; and N.Z. *by her next friend, Neisa Ortega,*<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; LARISSA SYDOR; COLLEEN DOWNEY; MARY DAVISON; JESSICA CROALL; KIMBERLY CARROLL; IGNACIO TAURONI; CBP OFFICERS DOE 3-7, 8, 12-13; BRETT SWEET; CARRIE ACOSTA; DANIEL OUELLETTE; ACTING CBP COMMISSIONER TROY MILLER[1], *in his official capacity;* UNITED STATES DEPARTMENT OF HOMELAND SECURITY; DHS SECRETARY ALEJANDRO MAYORKAS, *in his official capacity;* and the UNITED STATES OF AMERICA,<br><br>  Defendants. | Civil Action No. 21-11250-FDS |

## DEFENDANTS' RESPONSE TO THIS COURT'S ORDER [ECF NO. 105]

Pursuant to this Court's order of April 13, 2023 (ECF No. 105), Defendants file with this Court, under seal and pursuant to the Protective Order in this case, the following materials in the form produced to Plaintiffs:[2]

1.  U.S. Customs and Border Protection (CBP) TECS Inspection Reports (GOV000010-25);

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Acting Commissioner Troy Miller is automatically substituted as a defendant in place of former Commissioner Magnus.

[2] A courtesy copy of these materials will be printed and delivered to the Court.

2.  CBP Personal Search Handbook (GOV000646-716);

3.  CBP Directive for Border Search of Electronic Devices, dated January 4, 2018 (GOV000718-729);

4.  Privacy Impact Assessment Update for CBP Border Searches of Electronic Devices, dated January 4, 2018 (GOV000730-751);

5.  CBP TECS – Electronic Media Report dated April 27, 2019 (GOV000752-754); and,

6.  CBP Inspection of Electronic Devices (GOV000757-758).

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ Eve A. Piemonte
Eve A. Piemonte
Assistant United States Attorney
United States Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3369
Eve.Piemonte@usdoj.gov

Dated: April 21, 2023

## CERTIFICATE OF SERVICE

I, Eve A. Piemonte, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Eve A. Piemonte
Eve A. Piemonte
Dated: April 21, 2023                    Assistant United States Attorney