# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Neisa Ortega; and N.Z. *by her next friend, Neisa Ortega*,<br>     Plaintiffs,<br><br>     v.<br><br>United States Customs and Border Protection; Larissa Sydor; Colleen Downey; Mary Davison; Jessica Croall; Kimberly Carroll; Ignacio Tauroni; CBP Officers 3-7, 8, 12-13; Brett Sweet; Carrie Acosta; Daniel Ouellette; Acting CBP Commissioner Troy Miller[1], *in his official capacity*; United States Department of Homeland Security; DHS Secretary Alejandro Mayorkas, *in his official capacity*; and the United States of America,<br><br>     Defendants. | Civil Action No. 1:21-cv-11250-FDS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate that Plaintiffs' claims are to be dismissed in their entirety with prejudice, with the parties to bear their own costs and attorneys' fees. Plaintiffs waive any right to appeal this dismissal. The dismissal shall be effective upon filing of this joint stipulation.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Acting Commissioner Troy Miller is automatically substituted as a defendant in place of former Commissioner Magnus.

| Respectfully submitted, | Dated: June 28, 2023 |
|---|---|
| By: /s/ Reena Parikh<br>Reena Parikh (BBO# 706891)<br>Boston College Legal Services LAB<br>Civil Rights Clinic<br>885 Centre St.<br>Newton Centre, MA 02459<br>(617) 552-0248<br>parikhre@bc.edu<br><br>Oren Sellstrom, Esq. (BBO #569045)<br>Jacob M. Love, Esq. (BBO #699613)<br>Lawyers for Civil Rights<br>61 Batterymarch St.<br>Boston, MA 02110<br>(617) 988-0608<br>jlove@lawyersforcivilrights.org<br>osellstrom@lawyersforcivilrights.org<br><br>*Counsel for Plaintiffs* | JOSHUA S. LEVY<br>ACTING UNITED STATES ATTORNEY<br><br>By: /s/ Eve A. Piemonte<br>Eve A. Piemonte<br>Assistant United States Attorney<br>United States Attorney's Office<br>John J. Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3369<br>Eve.Piemonte@usdoj.gov<br><br>*Counsel for Defendants* |